# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JIMMY SHANE CANTRELL
ADC #98730                                                                                              PLAINTIFF

V.                            NO: 5:05CV00169 JLH/HDY

M.D. REED *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion for summary judgment (docket entry #43) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE