IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL
ADC #98730                                                                                                   PLAINTIFF

V.                                    NO: 5:05CV00169 JLH/HDY

M.D. REED *et al.*                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE