**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JIMMY SHANE CANTRELL
ADC #98730                                                                                              PLAINTIFF

V.                                    NO: 5:05CV00169 JLH/HDY

M.D. REED *et al.*                                                                                  DEFENDANTS

## ORDER

Counsel for Defendants Jesse Davis and Gloria Oates has filed a notice of appearance, which contains their correct names (docket entry #107). The Clerk is directed to change the style of the case to reflect the correct names of Defendants Jesse Davis and Gloria Oates.

IT IS SO ORDERED this ___25___ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE