**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY SHANE CANTRELL
ADC #98730                                                                                          PLAINTIFF

V.                      NO: 5:05CV00169 JLH/HDY

M.D. REED *et al.*                                                                                       DEFENDANTS

**ORDER**

The Court has received from Plaintiff several pages of documents, which he apparently seeks to file in this case. However, Plaintiff is represented by counsel. Accordingly, the Clerk is directed to forward the documents to counsel for Plaintiff without filing them. The Clerk is further directed to forward a copy of this order to Plaintiff at the new address he has provided in the documents. Plaintiff is advised that, in the future, he should send to his attorney any documents he wishes to have filed in this case. Any future documents sent by Plaintiff to the Court will be returned to him without filing, and will not be forwarded to his attorney.

IT IS SO ORDERED this __23__ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE