IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                                           PLAINTIFF
ADC #98730

v.                                      NO. 5:05CV00169 JLH

M.D. REED, *et al.*                                                                            DEFENDANTS

## ORDER

Defendants have filed a motion for extension of time in which to file dispositive motions. For good cause shown and without objection, the motion is GRANTED. Document #166. The deadline for filing dispositive motions is hereby extended up to and including March 28, 2011.

IT IS SO ORDERED this 17th day of March, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE