# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| JIMMY SHANE CANTRELL<br>ADC #98730 | PLAINTIFF |
| v.   NO. 5:05CV00169 JLH-HDY | |
| M.D. REED, Warden, Cummins Unit,<br>Arkansas Department of Correction, et al. | DEFENDANTS |

## ORDER

John Andrew Ellis, Drew Rogers, and The Boswell Law Firm have filed a motion to be relieved as counsel for Jimmy Shane Cantrell, as well as a motion for extension of time in which to respond to defendants' motion for summary judgment filed on March 28, 2011. The motions are hereby referred to United States Magistrate Judge H. David Young for disposition. Documents #173-1 and #175.

IT IS SO ORDERED this 12th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE