**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JIMMY SHANE CANTRELL
ADC #98730                                                                                               PLAINTIFF

V.                                       NO: 5:05CV00169 JLH/HDY

M.D. REED *et al.*                                                                                    DEFENDANTS

**ORDER**

On April 6, 2011, attorney John Andrew Ellis filed a motion to withdraw as counsel for Plaintiff, along with a brief in support (docket entries #173-1 & #174-1). Because the record is unclear as to whether Plaintiff received a copy of the motion and brief, the Clerk is directed to send Plaintiff a copy of both documents.

IT IS SO ORDERED this   13   day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE