## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                              PLAINTIFF
ADC #98730

v.                                         NO. 5:05CV00169 JLH

M.D. REED, *et al.*                                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #170) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.      All pending motions are DENIED AS MOOT.

DATED this 26th day of September, 2011.

_J. Leon Holmes_
_____
UNITED STATES DISTRICT JUDGE