IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                                         PLAINTIFF
ADC #98730

v.                                                  NO. 5:05CV00169 JLH

M.D. REED, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 26th day of September, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE