## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JIMMY SHANE CANTRELL                                                                          PLAINTIFF
ADC #98730

v.                                      NO. 5:05CV00169 JLH

M.D. REED, *et al.*                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 26th day of September, 2011.

*[signature: J. Leon Holmes]*
_____
UNITED STATES DISTRICT JUDGE